IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN NESBITT                                                            PLAINTIFF

v.                      Case No. 1:15-cv-00128 KGB/PSH

CAROLYN W. COLVIN,
**Acting Commissioner, Social**
**Security Administration**                                    DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendation from Magistrate Judge Patricia S. Harris (Dkt. No. 15). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Therefore, for good cause, plaintiff John Nesbitt's unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so ordered this 16th day of December, 2016.

*[signature]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE