IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN NESBITT**                                                                                        **PLAINTIFF**

v.                     Case No. 1:15-cv-00128 KGB/PSH

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Dated this 16th day of December, 2016.

*[signature]*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE